UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH LUCAS,

    Plaintiff,

    v.

OCWEN LOAN SERVICING, LLC, *et al.*,

    Defendants.

Case No. C12-1552RSL

ORDER OF DISMISSAL

    This matter comes before the Court on "Ocwen Loan Servicing, LLC and Litton Loan Servicing LP's Motion to Dismiss Plaintiff's Complaint." Dkt. # 7. Plaintiff alleges that he received a notice in October 2011 that Litton was transferring to Ocwen the servicing obligations related to plaintiff's mortgage. Plaintiff seeks an order requiring defendants to offer proof that they have the authority to foreclose on the mortgaged property and, in the absence of such proof, an order quieting title in plaintiff's favor.

    Plaintiff does not dispute the existence of the underlying debt. Nor has he alleged any facts to suggest that the debt has been satisfied or that defendants (or any other party, for that matter) have initiated a foreclosure proceeding against the subject property. None of the prerequisites for a quiet title action having been pled, plaintiff's

ORDER OF DISMISSAL - 1

1  claims are hereby DISMISSED.  The Clerk of Court is directed to enter judgment in favor
2  of defendants and against plaintiff.

        Dated this 20th day of December, 2012.

                        /s/ Robert S. Lasnik

                        Robert S. Lasnik
                        United States District Judge

ORDER OF DISMISSAL - 2